UNITED STATES BANKRUPTCY COURT
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

STEVEN J ABELSON, ESQ
80 WEST MAIN ST
PO BOX 7005
FREEHOLD, NJ  07728-2133
Attorney for Debtor(s)

In re:

Paul J Davis

Debtor(s)



Order Filed on December 30, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 13-33273 / CMG

Judge: Honorable Christine M. Gravelle

Chapter 13

## CONSENT ORDER TO RE-CAPITALIZE
## DEBTOR(S) PLAN PAYMENT TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: December 30, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

THIS MATTER having been brought before the Court on an application by the attorney for the debtor(s), seeking entry of a consent order to re-capitalize the debtor(s) plan payments to the trustee, and the Court having considered the application, and the parties having consented to the form and entry of the within order, and for good cause shown:

**IT IS HEREBY ORDERED** that:

1. The debtor(s) payments to the trustee be adjusted as follows:

   - $8,208.00 paid to date (38 month[s])
   - $397.00 for 22 month[s] beginning 1/1/17

2. All other provisions of the most recently entered Order Confirming Plan or Order Confirming Modifed Plan shall remain in full force and effect.

3. If the debtor(s) fail(s) to make regular plan payments to the trustee for a period of more than thirty (30) consecutive days, upon certification of the trustee of such non-payment, with the Notice of the Certification to the debtor(s) and the debtor(s) attorney, if any, the within case may be dismissed.

We, the undersigned, consent to the form and entry of the above Order.

_____
Albert Russo
Standing Chapter 13 Trustee

_____
STEVEN J ABELSON, ESQ
Attorney for Debtor(s)

*Authorized To Enter*

*[signature] 12/22/16*