UNITED STATES BANKRUPTCY COURT
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

STEVEN J ABELSON, ESQ
80 WEST MAIN ST
PO BOX 7005
FREEHOLD, NJ  07728-2133
Attorney for Debtor(s)

In re:

Paul J Davis

Debtor(s)

Order Filed on December 30, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 13-33273 / CMG

Judge: Honorable Christine M. Gravelle

Chapter 13

## CONSENT ORDER TO RE-CAPITALIZE
## DEBTOR(S) PLAN PAYMENT TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: December 30, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

THIS MATTER having been brought before the Court on an application by the attorney for the debtor(s), seeking entry of a consent order to re-capitalize the debtor(s) plan payments to the trustee, and the Court having considered the application, and the parties having consented to the form and entry of the within order, and for good cause shown:

**IT IS HEREBY ORDERED** that:

1. The debtor(s) payments to the trustee be adjusted as follows:

   - $8,208.00 paid to date (38 month[s])
   - $397.00 for 22 month[s] beginning 1/1/17

2. All other provisions of the most recently entered Order Confirming Plan or Order Confirming Modifed Plan shall remain in full force and effect.

3. If the debtor(s) fail(s) to make regular plan payments to the trustee for a period of more than thirty (30) consecutive days, upon certification of the trustee of such non-payment, with the Notice of the Certification to the debtor(s) and the debtor(s) attorney, if any, the within case may be dismissed.

We, the undersigned, consent to the form and entry of the above Order.

_____
Albert Russo
Standing Chapter 13 Trustee

_____
STEVEN J ABELSON, ESQ
Attorney for Debtor(s)

*Authorized To Enter*

*12/22/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 13-33273-CMG
Paul J. Davis                                                           Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin           Page 1 of 1          Date Rcvd: Dec 30, 2016
                          Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 01, 2017.
db            +Paul J. Davis,    563 Sunnybrook Road,    Jackson, NJ 08527-4676

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2016 at the address(es) listed below:
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Albert   Russo    docs@russotrustee.com
      Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Daniel Brett Sullivan    on behalf of Creditor   USAA Federal Savings Bank, N.A.
       BNCmail@w-legal.com
      Daniel Brett Sullivan    on behalf of Creditor   USAA Federal Savings Bank BNCmail@w-legal.com
      Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      R. A. Lebron    on behalf of Creditor   BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
      Steven J. Abelson    on behalf of Debtor Paul J. Davis sjaesq@atrbklaw.com,   atrbk1@gmail.com
                                                                                                                                            TOTAL: 8