UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STEVEN J. ABELSON, ESQ., P.C.
By: Steven J. Abelson, Esq.
(ID # SA 7987)
80 West Main Street
P.O. Box 7005
Freehold, New Jersey  07728
(732) 462-4773
Attorney for Debtor

Order Filed on March 2, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

PAUL DAVIS

Case No.: 13-33273

Chapter: 13

Judge: CMG

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 2, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Steven J. Abelson, Esq._____, the applicant, is allowed a fee of $ _____240_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____240_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Paul J. Davis  
    Debtor

Case No. 13-33273-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin    Page 1 of 1    Date Rcvd: Mar 03, 2017  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2017.  
db          +Paul J. Davis,    563 Sunnybrook Road,    Jackson, NJ 08527-4676

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2017 at the address(es) listed below:
       Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
       Albert   Russo    docs@russotrustee.com  
       Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
       Daniel Brett Sullivan    on behalf of Creditor    USAA Federal Savings Bank, N.A. BNCmail@w-legal.com  
       Daniel Brett Sullivan    on behalf of Creditor    USAA Federal Savings Bank BNCmail@w-legal.com  
       Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com  
       Steven J. Abelson    on behalf of Debtor Paul J. Davis sjaesq@atrbklaw.com, atrbk1@gmail.com  
               TOTAL: 8