UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

STEVEN J. ABELSON, ESQ., P.C.
By: Steven J Abelson, Esq. (ID # SA7987)
80 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732) 462-4773
Attorney for Debtor

In Re: PAUL J DAVIS

Case No.: 13-33273

Judge: CMG

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO
❏ CREDITOR'S MOTION or CERTIFICATION OF DEFAULT
X❏ TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1. ❏   Motion for Relief from the Automatic Stay filed
   by_____ _____, creditor,

A hearing has been scheduled for _____, at _____ a.m.

OR

❏x   Motion to Dismiss filed by the Standing Chapter 13 Trustee.

A hearing has been scheduled for __January 2, 2019__, at _9:00 a.m._ a

❏   Certification of Default filed by _____, creditor,

I am requesting a hearing be scheduled on this matter.

OR

❏   Certification of Default filed by Standing Chapter 13 Trustee

I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons **(choose one)**:

   ❑ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached hereto.

   ❑ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**: _____
   _____
   _____

   x❑ Other **(explain your answer)**: Debtor maintains all payments that were required under the confirmation order have been tendered to the trustee.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: 11-21-2018

Debtor's Signature

Date: _____

Debtor's Signature

**NOTE:**

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.*

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within ten (10) days of the filing of a *Creditor's Certification of Default* (under an *Order Resolving Motion to Vacate Stay and or Dismiss with Conditions*) or a *Trustee's Certification of Default.*

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**

*Local Form 23. rev.6/20/06.jml*