# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 13−33273−CMG
                Chapter: 13
                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Paul J. Davis
    563 Sunnybrook Road
    Jackson, NJ 08527

Social Security No.:
    xxx−xx−2791

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

    You are hereby notified that the above−named case will be closed without entry of discharge on or after March 11, 2019 for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: February 7, 2019
JAN: vpm

                                                  Jeanne Naughton
                                                  Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                            Case No. 13-33273-CMG
Paul J. Davis                                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1              Date Rcvd: Feb 07, 2019
                             Form ID: clsnodsc          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2019.
db             +Paul J. Davis,    563 Sunnybrook Road,     Jackson, NJ 08527-4676

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 07 2019 23:39:53      U.S. Attorney,    970 Broad St.,
        Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 07 2019 23:39:52      United States Trustee,
        Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
        Newark, NJ 07102-5235
                                                                                                               TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2019 at the address(es) listed below:
            Albert    Russo    docs@russotrustee.com
            Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
            Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
            Daniel Brett Sullivan    on behalf of Creditor    USAA Federal Savings Bank BNCmail@w-legal.com
            Daniel Brett Sullivan    on behalf of Creditor    USAA Federal Savings Bank, N.A.
             BNCmail@w-legal.com
            Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
            Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
            Rebecca Ann Solarz    on behalf of Creditor    Carrington Mortgage Services, LLC as servicer for
             Bank of America, N.A. rsolarz@kmllawgroup.com
            Steven J. Abelson    on behalf of Debtor Paul J. Davis sjaesq@atrbklaw.com,
             atrbk1@gmail.com;r49787@notify.bestcase.com
                                                                                                           TOTAL: 10